**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marquita Kirk                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11771 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

             Respectfully submitted,

           /s/ *Rebecca Solarz*
           Rebecca Solarz
           30 Jun 2021, 14:39:56, EDT

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322