*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marquita Kirk
    Debtor(s)

Case No: 21−11771−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*rescheduled time only\*
Motion to Approve Loan Modification Filed by Marquita Kirk Represented by DAVID M. OFFEN

on: 10/28/21

at: 01:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/15/21

Timothy B. McGrath
Clerk of Court

22 − 19
Form 167