# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Chapter 13

    MARQUITA  KIRK                                            Bankruptcy No. 21-11771-MDC

    8435 WILLIAMS AVENUE

    PHILADELPHIA, PA 19150


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARQUITA  KIRK

    8435 WILLIAMS AVENUE

    PHILADELPHIA, PA 19150

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 10/26/2021                                                                                 /s/ Kenneth E. West

                                                                                                                    _____

                                                                                                                     Kenneth E. West, Esquire
                                                                                                                     Chapter 13 Standing Trustee