# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marquita Kirk<br>　　　　　　Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　Movant<br>　　vs.<br>Marquita Kirk<br>　　　　　　Debtor(s) | NO. 21-11771 MDC |
| Kenneth E. West Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this _____ day of _____, 2022 it is hereby **ORDERED** that if Marquita Kirk and PennyMac Loan Services, LLC elect to enter into the proposed partial claim under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

　

　

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Marquita Kirk
8435 Williams Avenue
Philadelphia, PA 19150

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107