IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:          :        CHAPTER 13
                :
Marquita Kirk   :        NO.  21-11771-MDC
                :


CERTIFICATE OF SERVICE


The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Approve Secondary Loan Modification was served on September 6, 2023, on the Chapter 13 Standing Trustee, by electronic mail, and upon all creditors by first class mail who have filed proof of claims and are listed on the claims register (without Exhibit "A") upon which service of this motion is based.


/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
Dated: 09/06/2023          215-625-9600