IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Marquita Kirk | : | No. 21-11771-MDC |
| Debtor | : | |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO APPROVE SECONDARY LOAN MODIFICATION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Secondary Loan Modification and respectfully request that the Order attached to the Motion be approved.

Dated: 09/21/2023

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600