**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Marquita Kirk**<br>　　　　　　　　Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　Movant<br>　　vs.<br><br>**Marquita Kirk**<br>　　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 21-11771 MDC |

**CERTIFICATION OF SERVICE**

　　　　I, the undersigned, hereby certify that the foregoing Objection to Motion to Allow Loan Modification was served by first class mail, postage pre-paid, upon the parties listed below on **September 21, 2023**.

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Marquita Kirk
8435 Williams Avenue
Philadelphia, PA 19150

Date: September 21 2023

　　　　　　　　　　　　　　　　　　By: /s/ Mark A. Cronin
　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant