IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marquita Kirk<br>　　　　　　Debtor | | CHAPTER 13 |
| Marquita Kirk<br>　　　　　　Movant | | NO. 21-11771 MDC |
| vs. | | |
| PennyMac Loan Services, LLC<br>　　　　　　Respondent | | |
| Kenneth E. West Esq.<br>　　　　　　Trustee | | |

## ORDER

Upon consideration of the Debtor's Motion for a Loan Modification and the Objection to Motion to Allow Loan Modification filed by PennyMac Loan Services, LLC, and the parties clarifying to this Honorable Court that this is a Partial Claim facilitated by the PennyMac Loan Services, LLC for the benefit of the Debtor with the Secondary Mortgage Note and Mortgage being transferred to the Secretary of Housing and Urban Development ("**HUD**"), it is hereby

**ORDERED** that the parties' Stipulation is APPROVED, and it is further.

**ORDERED** and **DECREED** that the Partial Claim is **APPROVED.**

Date 10/20/2023

BY THE COURT:

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge