United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 21-11771-mdc

Marquita Kirk      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Oct 20, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquita Kirk, 8435 Williams Avenue, Philadelphia, PA 19150-1920 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Marquita Kirk dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 20, 2023 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **IN RE: Marquita Kirk**<br>　　　　　　　　**Debtor** | **CHAPTER 13** |
| **Marquita Kirk**<br>　　　　　　　　**Movant**<br>　　vs.<br>**PennyMac Loan Services, LLC**<br>　　　　　　　　**Respondent**<br>**Kenneth E. West Esq.**<br>　　　　　　　　**Trustee** | **NO.** 21-11771 MDC |

## ORDER

Upon consideration of the Debtor's Motion for a Loan Modification and the Objection to Motion to Allow Loan Modification filed by PennyMac Loan Services, LLC, and the parties clarifying to this Honorable Court that this is a Partial Claim facilitated by the PennyMac Loan Services, LLC for the benefit of the Debtor with the Secondary Mortgage Note and Mortgage being transferred to the Secretary of Housing and Urban Development ("**HUD**"), it is hereby

**ORDERED** that the parties' Stipulation is APPROVED, and it is further.

**ORDERED** and **DECREED** that the Partial Claim is **APPROVED.**

Date 10/20/2023

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge