Certificate Number: 12433-PAE-DE-038591063

Bankruptcy Case Number: 21-11771



12433-PAE-DE-038591063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2024, at 9:46 o'clock PM EDT, Marquita Kirk completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 20, 2024                By:   /s/Lisa Susoev

                                     Name:   Lisa Susoev

                                     Title:   Teacher