| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Marquita Kirk |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   21-11771 MDC |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 8084

**Date of payment change:**
Must be at least 21 days after date of this notice                   10/01/2022*

**New total payment:**                    $847.63
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Escrow Change from Modification, no analysis run.

   Current escrow payment:  $329.57          New escrow payment:  $ 313.99

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Loan Modification

   Current mortgage payment: $863.21          New mortgage payment: $847.63

Debtor(s)    <u>Marquita</u>                 <u>Kirk</u>    Case number *(if known)* <u>21-11771 MDC</u>
            First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                    Date    01/19/2023
   Signature
Print: Michael Farrington
       19 Jan 2023, 11:30:42, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>         <u>Market Street, Suite 5000</u>
          Number    Street
          Philadelphia,                          PA      19106
          City                                   State   ZIP Code

Contact phone   (215) 627–1322          Email  <u>bkgroup@kmllawgroup.com</u>

*In instances where the borrower has been harmed due to a missed/late payment change notice, PennyMac Loan Services, LLC, will provide a credit to the borrower for each payment that came due that was affected by the missed/late payment change notice.